# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

141447 & (51)(55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN BASIC PROPERTY
INSURANCE ASSOCIATION,
        Petitioner-Appellant,

v

THE OFFICE OF FINANCIAL AND
INSURANCE REGULATION and
COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE
REGULATION,
        Respondents-Appellees.

SC: 141447
COA: 293766
Ingham CC: 08-000950-AA

_____/

On order of the Court, the application for leave to appeal the June 8, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred when it upheld the respondent Commissioner's interpretation of MCL 500.2930a(1).

The motions to file briefs amicus curiae are GRANTED. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

p0126